

**Kevin P. Mulry**
Partner

Direct Dial: 516.227.0620
Direct Fax: 516.336.2262
kmulry@farrellfritz.com

1320 RXR Plaza
Uniondale, NY 11556
www.farrellfritz.com

Our File No.
26987-103

March 13, 2017

B<small>Y</small> ECF

Honorable Kenneth M. Karas
United States District Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

   Re: *Garnet Capital Advisors, LLC v. Carragher*, No. 16-7155 (KMK) (JCM)

Dear Judge Karas:

This firm represents Plaintiff Garnet Capital Advisors, LLC ("Plaintiff"), in the above-captioned action. This letter is respectfully submitted to advise the Court that the parties have settled this action, have executed a settlement agreement, and are exchanging original documents. The parties respectfully request ten days to submit a stipulation of dismissal to the Court.

            Respectfully submitted,

             *s/ Kevin P. Mulry*

            Kevin P. Mulry

cc: All counsel (By ECF)